USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 11/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

                                                                        **22cv01573 (PAC)**
                              *Plaintiff,*                              **ORDER OF DISMISSAL**

        -against-

MSC MEDITERRANEAN SHIPPING
COMPANY S.A. et al,

                              *Defendants.*
------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

        The Court having been advised that the parties have reached a settlement, it is,

        ORDERED, that the above-entitled action be and hereby is dismissed, without prejudice

and costs to either party, subject to reopening should the settlement not be consummated within

forty-five (45) days of the date hereof.  The Court will sign a Stipulation and Order of Settlement

upon receipt from either party.  In the event the parties require more than the 45 days to finalize

the settlement, either party shall submit a letter to the Court.  The Clerk of Court is directed to

terminate the pending motions, deadlines, conferences, and this case.

Dated:  New York, New York
        November 16, 2022                              SO ORDERED

                                                      _____
                                                      PAUL A. CROTTY
                                                      United States District Judge